

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF<br>v.<br><br>ALVIN DEON NORMAN<br><br>             DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-01896-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of __defendant__ , IT IS ORDERED that a detention hearing is set for __September 20__ , __2016__ , at __3:00__ ☐a.m. / ☒p.m. before the Honorable __Karen L. Stevenson__ , in Courtroom __E__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _September 16 2016_   _Karen L. Stevenson_
                         U.S. District Judge/Magistrate Judge